# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| RYAN M TICHY | 1:20-cr-00140-DCN |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **RYAN M TICHY** and bring forthwith to the nearest magistrate judge to answer an **INDICTMENT** charging with the below listed violations.

18 U.S.C. § 1343 WIRE FRAUD
18 U.S.C. § 1028A AGGRAVATED IDENTITY THEFT
42 U.S.C. § 408(a)(7)(B) FALSE REPRESENTATION OF A SOCIAL SECURITY NUMBER

United States Courts
District of Idaho
**ISSUED**
Crystal Hall
on Jul 15, 2020 9:37 am

Boise, Idaho
RECEIVED U.S. MARSHALS SERVICE
2020 JUL 15 AM 10:26

| | |
|---|---|
| Crystal Hall, Deputy Clerk | July 15, 2020 |
| Name and Title of Issuing Officer | Date |

## RETURN

This warrant was received __07.15.2020__ and executed with the arrest of the above-name individual at _____.

Subject was brought into USMS custody via Writ from IDOC

| | |
|---|---|
| _____ | 07.12.2021 |
| Signature of Arresting Officer | Date of Arrest |

_____
Name & Title of Arresting Officer