<u>CRIMINAL PROCEEDINGS</u> - **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge David C. Nye
Case No: 1:20-cr-140-DCN
Place: Boise, ID

Date: **March 15, 2023**
Deputy Clerk: Patti Richmond
Reporter: Anne Bowline
Time: 2:10 – 3:10 pm

**<u>UNITED STATES OF AMERICA vs RYAN M. TICHY</u>**


Counsel for United States: Darci W. Crane
Counsel for Defendant: Mark J. Ackley
Probation Officer: Ryan Lesmeister


(X) Court reviewed case history.
(X) Defendant previously entered a plea of **GUILTY to Counts Two and Seven of the Indictment and agreed to the Forfeiture**.
(X) Government moved to dismiss Counts One, Three through Six and Counts Eight through Eleven of the Indictment. Granted.
(X) Government's objections to the Presentence report are considered moot, as they were addressed in the addendum.
(X) Court accepted the Rule 11 Plea agreement.
(X) Counsel made sentencing recommendations to the Court.
(X) Defendant made remarks on his own behalf.
(X) Court granted 3rd level for acceptance of responsibility. Already provided for in the sentencing recommendation. Granted.


**Total Combined Offense Level 18    Criminal History Category VI    Guideline Range on Count Two of 57-71 months and on Count Seven of 2 years to run consecutive to all other counts**

(X) Court addressed 3553(a) factors and finds there is grounds to sentence outside the guideline range as stated on the record.


**<u>SENTENCE:</u>**
Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court the defendant, **Ryan M. Tichy**, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a **total term of ninety (90) months. This term consists of sixty-six (66) months on Count Two and twenty-four (24) months on Count Seven, to be served consecutively**.

It is further ordered the defendant shall pay to the United States $200 special assessment which shall be due immediately.

The court finds the defendant does not have the ability to pay a fine. The court will waive the fine in this case.

It is further ordered the defendant shall make restitution to the Clerk of the Court, 550 West Fort Street, Suite 400, Boise, Idaho 83724. A hearing to determine the amount of restitution has been scheduled for April 19, 2023, at 3:00 pm

All monetary penalties are due and payable immediately.

Having considered the defendant's financial resources, the Court orders payment under the following schedule unless modified by the Court:

While in custody, the defendant shall submit nominal payments of not less than $25 per quarter pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $25 per month.

The foregoing does not preclude collection efforts under 18 U.S.C. § 3613.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **three (3) years**. **This term consists of a term of (3) years on Count Two and a term of one (1) year on Count Seven, all such terms to run concurrently.** Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the Sentencing Recommendation (Dkt. 51)


(X) Defendant advised of penalties for violation of terms and conditions of supervised release.
(X) Right to appeal explained.
(X) Defendant will be credited with all time served in federal custody and recommended that he be placed at Englewood, CO or Sheridan, OR.
(X) It is recommended that the defendant be placed in the RDAP program while incarcerated.
(X)Defendant remanded to the custody of the USM.